■ THOMAS F. O'REILLY, JR., Appellant, v CITY OF FULTON et al., Respondents. — Appeal unanimously dismissed as moot. Memorandum: In this action to enjoin the acquisition of plaintiff's property by the City of Fulton, plaintiff acknowledges in his brief that the property has been taken and sold to a third party. If we were to address the merits of this appeal, we would affirm. (Appeal from order of Supreme Court, Oswego County, Donovan, J. — preliminary injunction.) Present — Callahan, J. P., Doerr, Denman, Boomer and Schnepp, JJ.